# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**GREGORY LACERRA,**
Appellee.

No. 4D21-399

[February 17, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jill K. Levy, Judge; L.T. Case Nos., 20-006001MM10A (originally filed as 19-007000MM10A) and 20-000032AC10A.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellant.

Eric T. Schwartzreich of Schwartzreich & Associates, Fort Lauderdale, and Sheila Zolnoor of the Law Office of Sheila Zolnoor, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***